1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

**FILED**

APR 0 3 2014


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | 2:14-CR-0099 KJM |
| v. | ORDER TO SEAL |
| BARBARA ANTONUCCI, and SHERRY TAGGART, | (UNDER SEAL) |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrests of the defendants or until further order of the Court.

Dated: 4-3-2014

EDMUND F. BRENNAN
United States Magistrate Judge

Petition to Seal Indictment and
[Proposed] Order

3