| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>April 10, 2014<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARBARA ANTONUCCI,

    Defendant.

Case No. 2:14-cr-00099-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __BARBARA ANTONUCCI__, Case No. __2:14-cr-00099-KJM__ from custody for the following reasons:

    ____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ __50,000__

                                              50,000

    __X__ Unsecured Appearance Bond $ __cosigned by Linda Jones__

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    __X__ (Other): __Pretrial Services conditions. To be released at 9:00 AM on 4/11/2014 to Pretrial Services__

Issued at Sacramento, California on April 10, 2014 at 2:25 PM

By: _____

Magistrate Judge Carolyn K. Delaney