1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
   (916) 554-2900 FAX
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )  CASE NO.  2:14-CR-0099 KJM
                                           )
12             Plaintiff,                  )
                                           )
13        v.                               )  **STIPULATION AND [PROPOSED]**
                                           )  **PROTECTIVE ORDER**
14  BARBARA ANTONUCCI, and                 )
    SHERRY TAGGART,                        )
15                                         )
               Defendants.                 )
16  ──────────────────────────────────────)

17

18        Plaintiff United States of America, by and through its attorneys of record, and

19  defendants Barbara Antonucci and Sherry Taggart, by and through their respective

20  counsels of record, hereby stipulate as follows:

21        1.    The discovery in this case is voluminous, and portions of the discovery

22  contain personal information including, but not limited to victims' names or other

23  information that makes their identity readily apparent, residential addresses, social

24  security numbers, telephone numbers, and email addresses (hereinafter "Protected

25  Information").

26        2.    In the absence of a protective order, numerous redactions would be

27  necessary to avoid the unauthorized disclosure or dissemination of Protected Information

28  to individuals not party to the court proceedings in this matter.

1    3.    By this stipulation, the parties jointly request that the Court issue a

2 protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and

3 its general supervisory authority.

4    4.    The Protective Order applies to all discovery containing Protected

5 Information.  Discovery that does not contain Protected Information is not subject to the

6 Protective Order.

7    5.    Defense counsel shall not give documents that contain Protected Information

8 (or copies of such documents) to any person other than the defendant, the defendant's

9 spouse, counsel's staff, investigator(s), or retained expert(s).  The terms "staff,"

10 "investigator," and "expert" shall not be construed to describe any defendant or other

11 person not: (1) regularly employed by counsel, or (2) hired by counsel as an independent

12 contractor to work exclusively on this case, (3) licensed as an investigator, or (4) retained

13 as an expert.  The defendant, the defendant's spouse, and defense counsel's staff,

14 contractor(s), investigator(s), and expert(s) shall not give documents that contain

15 Protected Information (or copies of such documents) to any person.  Copies of documents

16 in which Protected Information has been redacted may be given to outside parties.  In

17 addition, all filings in which Protected Information is contained shall be made in

18 accordance with Federal Rule of Criminal Procedure 49.1.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation and Proposed Protective Order
United States v. Antonucci
2:14-CR-0099 KJM

1    6.    Nothing in this stipulation will be construed to prevent defense counsel,

2  counsel's staff, investigator(s), or expert(s) a reasonable opportunity to prepare.

3  IT IS SO STIPULATED.

4  Dated: April 29, 2014                          Respectfully Submitted,

5                                                 BENJAMIN B. WAGNER
                                                  United States Attorney
6

7
                                           By:   */s/ Kyle Reardon*
8                                                KYLE REARDON
                                                 Assistant U.S. Attorney
9

10
   Dated: April 29, 2014
11
                                                 */s/ Kyle Reardon* for
12                                               JOHN DUREE
                                                 Attorney for the Defendant Antonucci
13

14 Dated: April 29, 2014

15                                               */s/ Kyle Reardon* for
                                                 LINDA HARTER
16                                               Attorney for the Defendant Taggart

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Protective Order
United States v. Antonucci
2:14-CR-0099 KJM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:14-CR-0099 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [~~PROPOSED~~] **PROTECTIVE ORDER** |
| | ) | |
| BARBARA ANTONUCCI, and | ) | |
| SHERRY TAGGART, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the stipulation of the parties, the proposed protective order is

APPROVED AND SO ORDERED.

Dated:  April 29, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE