FILED
December 1, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14CR00099-KJM-1 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| BARBARA ANTONUCCI, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __BARBARA ANTONUCCI__ , Case No. __2:14CR00099-KJM-1__ , Charge __18 USC § 286, 287 AND 1028(A)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $__

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔  (Other)   __Pretrial conditions as stated on the record.__

The defendant shall be released on Tuesday, December 2, 2014 by the U.S. Marshal to the Pretrial Services Officer.

Issued at __Sacramento, CA__ on __December 1, 2014__ at __3:47 pm__ .

                               By   /s/ Allison Claire/s/ Allison Claire
                                     Allison Claire
                                     United States Magistrate Judge

Copy 2 - Court