**JOHN R. DUREE, JR., INC.**
**A Professional Law Corporation**
Attorney at Law – SBN 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
BARBARA ANTONUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-00099-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE (AMENDED) |
| BARBARA ANTONUCCI, | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney André M. Espinosa, defendant, Barbara Antonucci, by and through her counsel, John R. Duree, Jr., and defendant, Sherry Taggart, by and through her counsel, Linda C. Allison, agree and stipulate to vacate the date currently set for status conference, March 4, 2016 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to March 18, 2016 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

STIPULATION AND [PROPOSED] ORDER - 1

The reason for this request is that the matter was placed on calendar on March 4, 2016 on the court's own motion due to reassignment of the case to Judge Garland E. Burrell, Jr.  Because Mr. Duree will be on a long-planned vacation on that date, and is in a jury trial through mid-February, the next date he has available for status conference is March 18, 2016.  Further, the parties need additional time for investigation, plea negotiations, and other case preparation.  The Court is advised that Mr. Espinosa and Ms. Allison concur with this request and have authorized Mr. Duree to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until March 18, 2016 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 21, 2016                BENJAMIN WAGNER
                                       United States Attorney

                                  By:  /s/ André M. Espinosa
                                       ANDRÉ M. ESPINOSA
                                       Assistant United States Attorney


Dated: January 21, 2016                /s/ John R. Duree, Jr.
                                       JOHN R. DUREE, JR.
                                       Attorney for Defendant
                                       BARBARA ANTONUCCI
//

```
Dated: January 21, 2016              /s/ Linda C. Allison
                                     LINDA C. Allison
                                     Attorney for Defendant
                                     SHERRY TAGGART
```

                                ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of March 4, 2016 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on March 18, 2016 at 9:00 a.m.  The Court finds excludable time in this matter through March 18, 2016 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  January 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER - 3