**JOHN R. DUREE, JR., INC.**
**A Professional Law Corporation**
Attorney at Law – SBN 65684
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
BARBARA ANTONUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-00099-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| BARBARA ANTONUCCI, | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney André M. Espinosa, defendant, Barbara Antonucci, by and through her counsel, John R. Duree, Jr., and defendant, Sherry Taggart, by and through her counsel, Linda C. Allison, agree and stipulate to vacate the date currently set for status conference, May 13, 2016 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to June 24, 2016 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

STIPULATION AND [PROPOSED] ORDER - 1

The reason for this request is that further negotiation and meetings are necessary to reaching a plea agreement. Meetings are planned for June 8th and/or June 9th of this year. The Court is advised that Mr. Espinosa and Ms. Allison concur with this request and have authorized Mr. Duree to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until June 24, 2016 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: May 10, 2016            BENJAMIN WAGNER
                               United States Attorney

                          By:   /s/ André M. Espinosa
                               ANDRÉ M. ESPINOSA
                               Assistant United States Attorney

Dated: May 10, 2016             /s/ John R. Duree, Jr.
                               JOHN R. DUREE, JR.
                               Attorney for Defendant
                               BARBARA ANTONUCCI

Dated: May 10, 2016             /s/ Linda C. Allison
                               LINDA C. Allison
                               Attorney for Defendant
                               SHERRY TAGGART

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of May 13, 2016 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on June 24, 2016 at 9:00 a.m.  The Court finds excludable time in this matter through June 24, 2016 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  May 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge