UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-CR-00099-KJM |
| Plaintiff, | |
| v. | ORDER |
| BARBARA ANTONUCCI, | |
| Defendant. | |

This matter is before the court on defendant Barbara Antonucci's *pro se* filing requesting early release from a term of probation imposed as part of sentencing for violations of 18 U.S.C. §§ 286, 287, Conspiracy to Submit False Claims, and False, Fictitious, and Fraudulent Claims, respectively. Mot., ECF No. 117. The government does not oppose this motion. ECF No. 118. The court has confirmed that Ms. Antonucci's assigned probation officer also has no objection to her early termination request.

Noting the reasons for the reduction, Ms. Antonucci's success since being released, the government's non-opposition and the probation officer's non-objection, the court GRANTS defendant's motion for early termination of supervised release.

IT IS SO ORDERED.

DATED: December 28, 2020.

CHIEF UNITED STATES DISTRICT JUDGE